**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: November 12, 2009**

_____

BK0904972
(JJR)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE:<br><br>Malik Mutalemwa<br>　　　　　　Debtor | Case No. 09-59957<br><br>Chapter 7<br>Judge Hoffman<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM STAY OF U.S. BANK, N.A., FILED HEREIN ON OCTOBER 7, 2009 (DOC.#16) (PROPERTY ADDRESS: 1196 FOURTH STREET, LOGAN, OH 43138)** |

　　　This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed herein on October 7, 2009 as document #16 by U.S. Bank, N.A. ("Movant").

　　　Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party other than Trustee, William Logan filed a response or otherwise appeared in opposition to the Motion. Trustee, William Logan has subsequently withdrawn his Objection

to said Motion on November 6, 2009 as document #20.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED:**

The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**IT IS ORDERED.**

**SUBMITTED BY:**

/s/ Steven H. Patterson, Case Attorney
Steven H. Patterson
Ohio Supreme Court Reg. #0073452
Amy D. Hathaway, Esq.
Ohio Supreme Court Reg. #0075169
Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio   45201-5480
(513) 241-3100, ext. 3373
(513) 241-3392, fax

Copies to:

Malik Mutalemwa
1196 4th Street
Logan, OH 43138
PRO SE

Erica D Mutalemwa
1196 Fourth Street
Logan, OH 43138

William B. Logan, Trustee
50 West Broad Street
Suite 1200
Columbus, OH 43215-3374

Office of the U.S. Trustee
170 N. High Street
Suite 200
Columbus, Ohio 43215

Steven H. Patterson, Esq.
Lerner, Sampson & Rothfuss
P.O. Box 5480
Cincinnati, Ohio 45201-5480

                                                       ###